540

699 A.2d 716

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Gregory Alan HENRY, Respondent.

No. 212, Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

July 29, 1997.

*ORDER*

PER CURIAM:

AND NOW, this 29th day of July, 1997, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 10, 1997, it is hereby

ORDERED that GREGORY A. HENRY be subjected to PUBLIC CENSURE by the Supreme Court.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.